618

417 A.2d 780

Commonwealth v. Collington, Appellant.

Argued April 10, 1979.   Bruce E. Rodger, for appellant;   Kemal Mericli, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

The judgment of sentence is vacated and the record remanded for the filing of post-trial motions nunc pro tunc.